# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case Nos. 6D23-1020, 6D23-1114
CONSOLIDATED
Lower Tribunal No. 2017CA-003427-0000-00

_____

MARYANN TROIANO, as Trustee of the FAY MARIE TROIANO REVOCABLE LIVING TRUST AGREEMENT DATED MAY 15, 1998, FAY MARIE TROIANO, as Personal Representative of the ESTATE OF D.A. TROIANO; MARYANN TROIANO, individually, and FAY MARIE TROIANO, individually,

Appellants,

v.

WILLIAM KILPATRICK, VICTOR TROIANO and LETICIA TROIANO,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Wayne M. Durden, Judge.

December 12, 2023

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Victor L. Chapman, of Barrett, Chapman & Ruta, P.A., Orlando, for Appellants.

John Marc Tamayo, Hank B. Campbell and Edward B. Kerr, of Campbell Trohn Tamayo & Aranda, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED